**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL R. BASHAM and CAROLE BASHAM, <br><br>     Plaintiffs, <br>vs. <br><br>PACIFIC FUNDING GROUP, a California business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a California corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation, dba AMERICA'S SERVICE COMPANY; CITIBANK N.A. AS INDENTURE TRUSTEE FOR BSARM 2007-2, a business entity, form unknown; NDEX WEST, L.L.C., a Delaware corporation; and DOES 1-100, Inclusive, <br><br>     Defendants. | Case No.: 2:10-CV-00096-WBS-GGH <br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE PENDING PRELIMINARY INJUNCTION** <br><br>DATE: January 14, 2010 <br>TIME: 9:00 A.M. <br>DEPT: Courtroom 5, 14th Floor <br>CASE FILED: January 13, 2010 <br><br>Hon. William B. Shubb |

   This matter came on for hearing on plaintiffs' ex parte motion for a temporary restraining order at 9:00 a.m. on January 14, 2010.  Plaintiffs were represented by Stephen C. Ruehmann.  No appearance was made on behalf of any of the defendants.  Counsel has submitted a declaration setting forth the manner in which notice was given, or attempted to be given, to each of the defendants except Pacific Funding Group.  On reading the ex parte application with supporting points and authorities of Plaintiffs DANIAL R. BASHAM and CAROLE BASHAM ("Plaintiffs"), the declarations of Plaintiffs and Stephen C. Ruehmann, the Request for Judicial Notice, file and Complaint herein, it appears to the satisfaction of the Court that this is a proper case for granting a temporary restraining order and an order to show cause pending preliminary

injunction, and that unless the temporary restraining order prayed for be granted, great or irreparable injury will result to Plaintiffs before the matter can be heard on regular notice.

Specifically, it appears that the threatened injury is the foreclosure upon plaintiffs' home and that such injury would be irreparable for the reasons discussed in <u>Chetal v. American Home Mortg.</u>, No C 09-02727 CRB, 2009 WL 2612312, at *2(N.D.Cal. Aug. 24, 2009).  From a reading of the complaint, assuming all of the facts alleged therein to be true, it appears that plaintiffs are likely to succeed at least on their state law claim of wrongful foreclosure.  This order is issued without further notice to defendants because counsel for plaintiff has represented that he gave notice the best he could, and given the short time the court had to consider the motion the court was unable be determine any way that notice could be more effectively given to each of the defendants.

Accordingly, IT IS HEREBY ORDERED that Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WELLS FARGO HOME MORTGAGE, INC., a California corporation, dba AMERICA'S SERVICE COMPANY, CITIBANK N.A. AS INDENTURE TRUSTEE FOR BSARM 2007-2, and NDEX WEST, L.L.C (collectively "Defendants"), and each of them, appear in Courtroom 5, 14th Floor of this Court, located at 501 I Street, Sacramento, CA 95814 at **2 p.m. on January 25, 2010**, or as soon thereafter as the matter may be heard, then and there to show cause, if any they have, why they and their agents, servants, employees, and representatives, and all persons acting in concert on participating with them, should not be enjoined or restrained during the pendency of this action from engaging in, committing, or performing, directly or indirectly, any and all of the following acts:

   a. Selling, transferring, conveying, foreclosing upon, evicting or any other conduct adverse to
   Plaintiff regarding the real property located at 110 Bewicks Circle, Sacramento, California
   95834.

IT IS FURTHER ORDERED that, pending the hearing and determination of the order to show cause the above named Defendants, and each of them, and their officers, agents, employees,

representatives and all persons acting in concert or participating with them, are restrained and enjoined from engaging in or performing directly or indirectly, any and all of the following acts: -

    a. Selling, transferring, conveying, foreclosing upon, evicting or any other conduct adverse to plaintiff regarding the real property located at 1110 Bewicks Circle, Sacramento, California 95834.

IT IS FURTHER ORDERED that:

a. Plaintiff shall serve this order to show cause on defendants forthwith in the manner provided by law.

b. Proof of service must be delivered forthwith prior to the court hearing the Order to Show Cause.

c. The parties shall adhere to the following briefing schedule:

Plaintiff: January 15, 2010

Defendants: January 20, 2010

Reply: January 22, 2010

This TRO shall expire at 4:30 p.m. on: January 25, 2010, 2009

IT IS FURTHER ORDERED that copies of the summons, complaint, ex parte application, declarations, memorandum of points and authorities, request for judicial notice and this order to show cause and temporary restraining order be served on defendants by personal service, fax or email no later than January 15, 2010.

THIS TEMPRORARY RESTRAINING ORDER IS CONDITIONED UPON PLAINTIFFS' POSTING **BOND IN THE AMOUNT OF $10,000**, pursuant to the provisions of Rule 65(c) of the Federal Rules of Civil Procedure.

Issued at 501 I Street, Sacramento, California, at 9:30 a.m., on January 14, 2010.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE