Stephen C. Ruehmann (167533)
**LAW OFFICES OF STEPHEN C. RUEHMANN**
9580 Oak Avenue Parkway, #15
Folsom, CA 95630
Tel (916) 988-8001/Fax (916) 988-8002
ruehmannlaw@yahoo.com

Marc A. Fisher, Esq. (47794)
**LAW OFFICES OF MARC A. FISHER**
9580 Oak Avenue Parkway, #15
Folsom, CA 95630
Tel (916) 988-8001/Fax (916) 988-8002
mfisher@cosentinolaw.com

Attorneys for Plaintiffs
DANIEL R. BASHAM and
CAROLE BASHAM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| DANIEL R. BASHAM and CAROLE BASHAM, | ) ) | Case No.: 2:10-CV-00096-WBS-GGH |
|---|---|---|
| Plaintiffs, | ) ) ) | **STIPULATION TO AMEND COMPLAINT PURSUANT TO FRCP 15 (a)(2); ~~PROPOSED~~ ORDER** |
| vs. | ) ) | |
| PACIFIC FUNDING GROUP, a California business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a Deleware corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation, dba AMERICA'S SERVICE COMPANY; CITIBANK N.A. AS INDENTURE TRUSTEE FOR BSARM 2007-2, a business entity, form unknown; NDEX WEST, L.L.C., a Delaware corporation; and DOES 1-100, Inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Date: N/A<br>Time: N/A<br>Courtroom: Courtroom 5, 14th Floor<br>Judge: Hon. William B. Shubb<br><br>**Complaint Filed:** January 13, 2010 |
| Defendants. | ) ) | |

## I. INTRODUCTION

On April 5, 2010, Plaintiffs Carole Basham and Daniel Basham filed a First Amended Complaint once as a matter of right prior to the filing of a responsive pleading as permitted under the old Federal Rules of Civil Procedure 15(a)(1)(B).  Defendants filed a Statement pursuant to FRCP 15(a) directing Plaintiffs' attention to the new rule which required Plaintiffs First Amended Complaint be filed by March 18, 2010.  Plaintiffs apologize for the oversight and have agreed with Defendants to stipulate to Plaintiffs permitted filing of the First Amended complaint received and filed in this Court on April 5, 2010.

## II. STIPULATION

Plaintiffs and Defendants Wells Fargo Bank, N.A. and Citibank, N.A., as Indenture Trustee for BSRAM 2007-2, hereby agree pursuant to Fed. R. Civ. P. 15(a)(2) to permit Plaintiffs to file the Amended Complaint that was untimely filed with this Court on April 5, 2010.   If this stipulation is satisfactory to the Court, Defendants Wells Fargo and Citibank request that their current Motion to Dismiss be deemed withdrawn.  Defendants shall have until May 5, 2010 to respond to the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated:  April 7, 2010                                                      _____/S/_____
                                                                                           Stephen C. Ruehmann
                                                                                           Fisher & Ruehmann, LLP
                                                                                           Attorney for Plaintiffs


Dated: April 7, 2010                                                       __/s/_____
                                                                                           Jon D. Ives
                                                                                           SEVERSON & WERSON
                                                                                           Attorneys for Defendants

### ORDER

PURSUANT TO THE STIPULATION of the parties, Fed. R. Civ. P. 15(a)(2), and finding Good Cause therefore, this Court HEREBY ORDERS that:

1. Plaintiffs Carole Basham and Daniel Basham are granted permission to file the Amended Complaint that was previously untimely filed on April 5, 2010.

2. Defendants' pending Motion to dismiss is deemed withdrawn.

3. Defendants shall have until May 5, 2010 to respond to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: April 12, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE