UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL R. BASHAM AND CAROLE BASHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC FUNDING GROUP, *et al*.,<br><br>Defendants. | Case No.: 10-cv-00096-WBS-GGH<br><br>**ORDER TO RESET THE INITIAL STATUS CONFERENCE**<br><br>Date:     June 28, 2010<br>Time:    2 P.M.<br>Ctrm.:   5, 14th Floor<br>Judge:   Hon. William B. Shubb |

    Pursuant to the Stipulation submitted by plaintiffs Daniel R. Basham and Carole Basham and defendant Wells Fargo Bank, N.A., and good cause appearing, IT IS HEREBY ORDERED that the Status Conference currently scheduled for June 28, 2010, is hereby reset to **August 23, 2010 at 2:00 p.m.**

    **IT IS SO ORDERED.**

DATED: June 22, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE