EDWARD A. TREDER
State Bar No. 116307
DEEPIKA S. SALUJA
State Bar No. 251665
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(626) 915-0289 – Fax
edwardt@bdfgroup.com
Our File No.: 20090134007051

Attorney for Defendant NDEx WEST, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIAL R. BASHAM and CAROLE BASHAM, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC FUNDING GROUP, a California business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a California corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation dba AMERICA'S SERVICING COMPANY; CITIBANK N.A. AS INDENTURE TRUSTEE FOR BSARM 2007-2, a business entity, form unknown; NDEX WEST LLC, a Delaware corporation; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:10-cv-00096-WBS-GGH<br><br>ASSIGNED FOR ALL PURPOSES TO: HON. WILLIAM B. SHUBB, ROOM 5<br><br>ORDER RE STIPULATION OF NON-MONETARY STATUS AS TO SECOND AMENDED COMPLAINT OF DEFENDANT NDEx WEST, LLC<br><br>[NO HEARING REQUIRED] |

The Stipulation of Non-Monetary Status by and between plaintiff DANIAL R. BASHAM and CAROLE BASHAM, individuals, ("Plaintiffs") and defendant NDEx WEST, LLC, the pertinent parts of which are set forth below, is hereby approved.

Plaintiffs do not assert any claims for monetary relief against defendant NDEx WEST, LLC.  Defendant NDEx WEST, LLC shall have no liability to Plaintiffs for any monetary damages, attorney's fees or costs of suit.

Defendant NDEx WEST, LLC shall be bound by any non-monetary judgment or order that may be entered by the Court concerning (a) ownership and title to the subject real property, (b) the validity, enforceability and priority of the subject Deed of Trust, and/or (c) the non-judicial foreclosure proceeding.

GOOD CAUSE APPEARING, IT IS SO ORDERED:


Dated:  September 16, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE