1

2

3

4

5

6

7

8

9                         UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11                            ----oo0oo----

12

13  DANIEL R. BASHAM and CAROLE        NO. CIV. 2:10-96 WBS GGH
    BASHAM,

14          Plaintiffs,               ORDER TO SHOW CAUSE

15      v.

16  PACIFIC FUNDING GROUP, a
    California business entity,

17  form unknown; MORTGAGE
    ELECTRONIC REGISTRATION

18  SYSTEMS, INC., a Delaware
    corporation; WELLS FARGO HOME

19  MORTGAGE, INC., a California
    corporation, dba AMERICA'S

20  SERVICE COMPANY; CITIBANK N.A.
    AS INDENTURE TRUSTEE FOR BSARM

21  2007-2, a business entity,
    form unknown; NDEX WEST,

22  L.L.C., a Delaware
    corporation; and DOES 1-100,

23  inclusive,

24          Defendants.
    _____/

25

26                            ----oo0oo----

27          In their initial complaint filed January 13, 2010,

28  plaintiffs Daniel R. Basham and Carole Basham alleged violations

                                    1

1  of the Truth in Lending Act, §§ 1601-1667f, and the Real Estate

2  Settlement Procedures Act, 12 U.S.C. §§ 2601-2617, along with

3  various state law claims.  (Docket No. 2.)  After plaintiffs

4  amended their Complaint (Docket No. 34), the court granted

5  defendant Wells Fargo Home Mortgage, Inc. dba America's Service

6  Company's motion to dismiss the First Amended Complaint pursuant

7  to Federal Rule of Civil Procedure 12(b)(6) for failure to state

8  a claim upon which relief can be granted.  (Docket No. 49.)

9       Plaintiffs have now filed a Second Amended Complaint

10 that abandons their federal claims against all defendants and

11 asserts only state law claims for negligence per se, negligence,

12 breach of the covenant of good faith and fair dealing, and breach

13 of fiduciary duty.  (Docket No. 51.)  As jurisdiction over this

14 action is based only on federal question jurisdiction, 28 U.S.C.

15 § 1331, it is questionable whether the court should continue to

16 exercise jurisdiction over the state law claims in plaintiffs'

17 Second Amended Complaint.  Accordingly, because this court has an

18 independent obligation to ensure it has jurisdiction over an

19 action, United States v. S. Cal. Edison Co., 300 F. Supp. 2d 964,

20 972 (E.D. Cal. 2004) (citing Dittman v. California, 191 F.3d

21 1020, 1025 (9th Cir. 1999)), the court will require briefing from

22 the parties with respect to whether this action should be

23 dismissed pursuant to the provisions of 28 U.S.C. § 1367(c)(3).

24      IT IS THEREFORE ORDERED that, within ten days of the

25 date of this Order, the parties shall file briefs showing cause

26 why the remaining claims in plaintiff Second Amended Complaint

27 should not be dismissed.

28

2

1    DATED:   September 20, 2010

2

3                                  _____

4                                  WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28